IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT L. DAVIS,**

*Plaintiff*,

v.     Case No.: 4:21cv348-MW/MJF

**JIMMY PATRONIS and MARK INCH,**

*Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. Plaintiff's motion to have Defendants served with a copy of the complaint, ECF No. 3, is **DENIED as moot**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without

prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing fee in its entirety." The Clerk shall close the file.

**SO ORDERED on September 23, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
