IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT L. DAVIS,**

    *Plaintiff*,

v.                                     Case No.: 4:21cv348-MW/MJF

**JIMMY PATRONIS and MARK INCH,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. Plaintiff's motion to have Defendants served with a copy of the complaint, ECF No. 3, is **DENIED as moot**. The Clerk shall enter judgment stating,

---

[1] This Court previously granted an extension for Plaintiff to file objections to the Report and Recommendation. ECF No. 13. The deadline for filing such objections was October 27, 2021. *Id*. That deadline has come and gone, but Plaintiff has not filed any objections.

"Plaintiff's claims are **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing fee in its entirety." The Clerk shall close the file.

**SO ORDERED on November 29, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
